MOSCOW MACHINE TOOL AND ENGINE COMPANY, Respondent, v. OSCAR L. RICHARD et al., Copartners under the Firm Name of C. B. RICHARD & COMPANY, Appellants.

*Lien — money had and received — action to recover surplus moneys arising from sale under Lien Law — defense that plaintiff's corporate existence had been ended by Russian Soviet Government — claim against Russian government may not be offset against money due to plaintiff.*

*Moscow Machine Tool & Engine Co.* v. *Richard*, 212 App. Div. 869, affirmed.

(Argued June 12, 1925; decided July 15, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 26, 1925, affirming a judgment in favor of plaintiff entered upon an order of Special Term granting a motion to strike out defendant's answer and for summary judgment. The complaint alleged that plaintiff was a corporation duly organized under the laws of the government of Russia prior to 1914; that for some time prior to January 14, 1920, defendants held and claimed a lien upon machines and tools which were the property of plaintiff, and that about January fourteenth they caused these machines to be sold at public auction in compliance with the Lien Law; that as a result of such sale a surplus was realized of $10,450.90, which defendants received and held subject to plaintiff's order and for its account; that defendants did not within thirty days from the date of the sale pay over this balance to plaintiff or deposit it with the chamberlain of New York city, pursuant to the requirements of section 204 of the Lien Law, and in spite of demands made upon defendants, have retained this balance, no part of which sum has been repaid to plaintiff. The defense was that plaintiff's corporate existence was terminated by the Soviet Republic and its property confiscated and that defendants are entitled to retain the surplus proceeds as an offset against a claim of theirs against the Soviet government for property seized in Russia.

*J. Charles Weschler* for appellants.

*Henry H. Abbott* and *William B. Shealy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: POUND, J.

---

NINA H. PEABODY, Respondent, *v.* INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.

*Stocks and stockholders — guaranty — action to recover arrears of dividends guaranteed by lessor of corporate property.*

*Peabody* v. *Interborough Rapid Transit Co.*, 213 App. Div. 857, affirmed.

(Argued June 12, 1925; decided July 15, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 4, 1925, affirming a judgment in favor of plaintiff entered upon two orders of Special Term granting motions for judgment. The action was to recover arrears of dividends alleged to be guaranteed by defendant under a provision of a lease between the Manhattan Company, in which plaintiff was a shareholder, and defendant whereby the latter leased the railroads and property of the Manhattan Company. Upon each stock certificate held by plaintiff appeared the indorsement of the defendant in the following form: " Dividends amounting to six per cent. per annum and an additional amount if earned not exceeding one per cent. per annum until January 1, 1906, and after that date dividends of seven per cent. per annum upon the par value of the outstanding capital stock of the Manhattan Railway Company are guaranteed and will be paid by the undersigned in accordance with the terms and provisions of a certain indenture made between the Manhattan Railway Company and the undersigned, entered into the 1st of January, 1903. Interborough Rapid Transit Company. By J. H. Campbell, Treasurer."

*J. Osgood Nichols* and *James L. Quackenbush* for appellant.